**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-7190**

───────────

SAMUEL ADAMS,

                              Petitioner - Appellant,

          versus

P. A. TERRANGI, Warden of Indian Creek Correc-
tional Center,

                              Respondent - Appellee.

───────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-00-502-2)

───────────

Submitted:  November 30, 2000      Decided:  December 11, 2000

───────────

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Samuel Adams, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Samuel Adams seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Adams' motion for appointment of counsel, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See Adams v. Terrangi, No. CA-00-502-2 (E.D. Va. July 20, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on July 19, 2000, the district court's records show that it was entered on the docket sheet on July 20, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2